**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-1968**

_____

SAKIMA IBAN SALIH EL BEY, Great Seal National
State of Moorish Affairs Moorish Republic
Federal Government,

Plaintiff - Appellant,

versus

HEIFNER, Officer; CHIPMAN, Officer; CHARLOTTE-
MECKLENBURG POLICE DEPARTMENT; NORTH CAROLINA
DEPARTMENT OF MOTOR VEHICLES; NORTH CAROLINA
STATE; DIGGS, Magistrate; CAYER, Magistrate;
PETER GILCHRIST, District Attorney,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte. Graham C. Mullen, Chief
District Judge. (CA-02-459-2-MU-3)

_____

Submitted: May 12, 2004                    Decided: June 2, 2004

_____

Before WIDENER, LUTTIG, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Sakima Iban Salih El Bey, Appellant Pro Se.  Mark H. Newbold,
Deputy City Attorney, John Dennis Joye, Assistant City Attorney,
Charlotte, North Carolina; Karen Anne Blum, Assistant Attorney
General, William McBlief, Claude Norman Young, Jr., OFFICE OF THE
ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for
Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sakima Iban Salih El Bey appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See Bey v. Heifner</u>, No. CA-02-459-2-MU-3 (W.D.N.C. Aug. 1, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>